| United States Bankruptcy Court<br>**SOUTHERN DISTRICT OF NEW YORK** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Penton Business Media Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**See Schedule 1 Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN.<br>(if more than one, state all):<br>**20-3499837** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>249 W. 17th Street<br>New York, NY<br>      10011 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br><br>      ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address):<br><br><br>      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>**See Schedule 1 Attached**      ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>    Business Media | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☒ Chapter 11    Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>       Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check Box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer  ☒ Debts are primarily<br>   debts, defined in 11 U.S.C.    business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily responsible for a<br>   personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check **one** box) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190.00.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☒ A plan is being filed with this petition.<br>☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126 (b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Penton Business Media Holdings, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:    **None** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**See Schedule 1 Attached** | Case Number:<br>**Pending** | Date Filed:<br>**Date hereof** |
|---|---|---|
| District:<br>**Southern District of New York** | Relationship:<br>**Affiliate** | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor  the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐         Yes, and Exhibit C is attached and made a part of this petition.

☒         No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐         Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐         Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒         Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒         There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐         Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐         Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐         Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐         Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐         Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Penton Business Media Holdings, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| | ☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X_____<br>   Signature of Debtor | X_____<br>   (Signature of Foreign Representative) |
| X_____<br>   Signature of Joint Debtor | _____<br>   (Printed Name of Foreign Representative) |
| _____<br>   Telephone Number (if not represented by attorney) | _____<br>   Date |
| _____<br>   Date | |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
|    /s/ Lisa G. Laukitis<br>_____<br>Signature of Attorney for Debtor(s) | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Lisa G. Laukitis          Brad B. Erens<br>JONES DAY              Robert E. Krebs<br>222 East 41ˢᵗ Street        David A. Hall<br>New York, NY  10017     JONES DAY<br>Tel:  (212) 326-3939      77 West Wacker<br>Facsimile:  (212) 755-7306  Chicago, IL  60601<br>                              Tel:  (312) 782-8585<br>                              Facsimile:  (312) 782-8585 | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| | _____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
|    February 10, 2010<br>_____<br>Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | _____<br>Address |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | _____ |
|    /s/ Jean B. Clifton<br>_____<br>Signature of Authorized Individual | X_____ |
| Jean B. Clifton<br>_____<br>Printed Name of Authorized Individual | _____<br>Date |
| Executive Vice President and Chief Financial Officer<br>_____<br>Title of Authorized Individual | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| February 10, 2010<br>_____<br>Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## SCHEDULE 1

A.   All Other Names Used by the Debtor in the last 8 years (including trade names):

1.   Donohue Meehan Publishing Company
2.   Healthwell.com, Inc.
3.   One, Inc.
4.   PBI Media Inc.
5.   Penton Internet, Inc.
6.   PMI Three, Inc.
7.   PMI Two, Inc.
8.   PRIMEDIA Business Media & Magazines Inc.
9.   PRIMEDIA Business Media and Magazines Internet Inc.
10.   PRIMEDIA Business Media and Magazines Publications Inc.
11.   Prism Business Media Inc.
12.   Prism Business Media Holdings Inc.
13.   Prism Business Media Internet Inc.
14.   Prism Business Media Publications Inc.
15.   Stardust.com, Inc.
16.   Tech Conferences, Inc.

B.   Location of Principal Assets of Business Debtor (if different from street address):

The principal assets of the Debtor are located in New York, New York, at the Debtor's headquarters, and the Debtor's locations in Cleveland, Ohio, Chicago, Illinois, and Overland Park, Kansas.  In addition, due to the nature of the Debtor's business, the Debtor has assets in every location from which it operates its businesses.

C.   Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

1.   Duke Communications International, Inc.
2.   Duke Investments, Inc.
3.   DVGM & Associates
4.   Internet World Media, Inc.
5.   Penton Business Media, Inc.
6.   Penton Business Media Holdings, Inc.
7.   Penton Business Media Internet, Inc.
8.   Penton Business Media Publications, Inc.
9.   Penton Media, Inc.

# MEETING OF THE BOARD OF DIRECTORS

## EFFECTIVE FEBRUARY 9, 2010

The undersigned, being the duly elected, qualified and acting Executive Vice President and Chief Financial Officer of Penton Business Media Holdings, Inc. and the duly elected, qualified and acting Chief Financial Officer of Penton Media, Inc., Penton Business Media, Inc., Penton Business Media Internet, Inc., Penton Business Media Publications, Inc. and Internet World Media, each a Delaware corporation, Duke Investments, Inc. and Duke Communications International, Inc., each a Colorado corporation, and DVGM & Associates, a California corporation (each a "Corporation"), hereby certifies that: (a) the following resolutions were duly adopted by the Board of Directors (each a "Board") of each Corporation as of February 9, 2010, in accordance with the requirements of applicable law and (b) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

**WHEREAS**, the Board has evaluated the Corporation's alternatives in connection with a restructuring and has determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code is in the best interest of the Corporation and its stakeholders;

## NOW, THEREFORE, BE IT:

**RESOLVED**, that the Corporation shall be, and it hereby is, each authorized to (i) file a voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York or such other court as the appropriate officer or officers of the Corporation shall determine to be appropriate (the "Bankruptcy Court"); (ii) file and consummate the transactions contemplated by the "pre-packaged" plan of reorganization (the "Plan"), as it may be amended or modified from time to time, and the related disclosure statement (the "Disclosure Statement"); and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing and the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof;

**FURTHER RESOLVED**, that the chief executive officer, chief financial officer, and secretary of the Corporation (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Corporation to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute, acknowledge, deliver and verify any and all other documents

necessary or appropriate in connection with the foregoing or to administer the Corporation's chapter 11 case in such form or forms as any such Designated Officer may approve;

**FURTHER RESOLVED**, that the actions of any Designated Officer taken pursuant to this resolution, including, the execution, acknowledgment, delivery and verification of the Petition and all ancillary documents and all other agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Designated Officer's approval and the necessity or desirability thereof;

**FURTHER RESOLVED**, that the Corporation shall be empowered to authorize and direct any of its subsidiaries to file a Petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court;

**FURTHER RESOLVED**, that the Designated Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Corporation to take all steps that any such Designated Officer, in such Designated Officer's discretion, deems necessary or desirable to prosecute and obtain confirmation of and implement the Plan, as it may be amended or modified from time to time, including by executing, verifying, filing or causing to be filed any amendments or modifications to the Plan and the Disclosure Statement and any motions, applications or other papers necessary or desirable in connection with the foregoing;

**FURTHER RESOLVED**, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of, and in the name of, the Corporation: (a) Jones Day; (b) Rothschild Inc.; and (c) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in such Designated Officers' judgment may be necessary or desirable in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve and such Designated Officer's retention thereof to constitute conclusive evidence of such Designated Officer's approval and the necessity or desirability thereof;

**FURTHER RESOLVED**, that the law firm Jones Day and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

**FURTHER RESOLVED**, that the Corporation, shall be, and hereby is, authorized to (a) enter into a cash collateral agreement with General Electric Capital Corporation as agent and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one or more of the Designated Officers, as may be reasonably necessary for the continuing conduct of the affairs of the Corporation; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Corporation's assets, as may be deemed necessary by any one or more of the Designated Officers in connection with the Financing Transactions;

**FURTHER RESOLVED**, that:  (a) the Designated Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered in the name of, and on behalf of, the Corporation, as debtor and debtor in possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "<u>Financing Documents</u>"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Officers are approved; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such officer and by the Corporation;

**FURTHER RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Corporation or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Corporation in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and

**FURTHER RESOLVED**, that any Designated Officer shall be, and each of them, acting alone, is authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such Designated Officer, a true copy of the foregoing resolutions.

*[Remainder of page intentionally left blank]*

**IN WITNESS WHEREOF**, the undersigned certifies that each Corporation has adopted the above resolutions as of the 9th day of February, 2010.

Penton Business Media Holdings, Inc.

By: /s/ Jean B. Clifton
Name: Jean B. Clifton
Title: Executive Vice President and
Chief Financial Officer

Penton Media, Inc.
Penton Business Media, Inc.
Penton Business Media Internet, Inc.
Penton Business Media Publications, Inc.
Internet World Media, Inc.
Duke Investments, Inc.
Duke Communications International, Inc.
DVGM & Associates

By: /s/ Jean B. Clifton
Name: Jean B. Clifton
Title: Chief Financial Officer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
Penton Business Media Holdings, Inc.    :    Case No. ___-_____ (___)
                                        :
                    Debtor              :
                                        :
--------------------------------------------------------------x
```

**LIST OF CREDITORS**
**HOLDING 50 LARGEST UNSECURED CLAIMS**

      Penton Business Media Holdings, Inc. and 8 of its domestic direct and indirect subsidiaries, as debtors (collectively, the "Debtors"), each filed a petition in this Court on February 10, 2010 for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of the 50 largest unsecured creditors of the Debtors (the "Top 50 List") in lieu of a separate list for each Debtor. The Top 50 List is based on the Debtors' books and records as of approximately February 9, 2010 and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 50 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors.

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Worldcolor USA Corp** | Worldcolor USA Corp<br>Kathleen Ashworth<br>PO Box 98668<br>Chicago, IL 60693-8668<br>E: kathleen.ashworth@worldcolor.com<br><br>Worldcolor USA Corp<br>Worldcolor Premedia Chicago<br>1201 E Wiley Rd Ste 120<br>Schaumburg, IL 60173<br>P: 847-839-1260<br>F: 847-839-1058 | Trade Debt | n/a | $1,595,825.30 |
| **R R Donnelley Receivables Inc** | R R Donnelley Receivables Inc<br>James Mallaney<br>PO Box 905151<br>Charlotte, NC 28290-5151<br>P: 775-829-4403<br>F: 775-829-0164<br>E: james.r.mallaney@rrd.com<br><br>R R Donnelley Receivables Inc<br>RR Donnelley Global HQ<br>111 S Wacker Dr<br>Chicago, IL 60606-4301<br>P: 312-326-8000 | Trade Debt | n/a | $1,412,827.50 |
| **A T Clayton And Company Inc** | A T Clayton And Company Inc<br>Ted Quinlan<br>14822 Collections Center Drive Inc.<br>Chicago, IL 60693<br>P: 203-658-1280<br>F: 203-658-1299<br><br>A T Clayton And Company Inc<br>300 Atlantic St 7th Fl<br>Stamford, CT 06901<br>P: 203-658-1200<br>F: 203-658-1299 | Trade Debt | n/a | $574,806.12 |

| (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Hallmark Data Systems LLC** | Hallmark Data Systems LLC<br>Debbie Stone<br>7300 Linder Avenue<br>Skokie, IL 60077<br>P: 847-983-2000<br>F: 847-763-9593<br>E: dstone@halldata.com | Trade Debt | n/a | $532,661.38 |
| **American Pacesetters Enterprises LLC** | American Pacesetters Enterprises LLC<br>Keith Strehle<br>PO Box 749558<br>Los Angeles, CA 90074-9558<br>P: 480-784-2270<br>F: 480-858-0540<br>E: kstrehle@americanpacesetters.com<br><br>American Pacesetters Enterprises LLC<br>1280 S Country Club Dr No 110<br>Mesa, AZ 85210-5145<br>P: 480-784-2270<br>F: 480-858-0540 | Trade Debt | n/a | $340,393.62 |
| **Three Z Printing Company** | Three Z Printing Company<br>Attn: President or Legal Department<br>PO Box 840007<br>Kansas City, MO 64184-0007<br>P: 217-857-3153<br>F: 217-857-3010<br><br>Three Z Printing Company<br>902 W Main St<br>Teutopolis, IL 62467 | Trade Debt | n/a | $296,336.45 |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Georgia World Congress Center** | Georgia World Congress Center<br>Kevin Duvall, Chief Operating Officer<br>285 Andrew Young Blvd NW<br>Atlanta, GA 30313-1591<br>P: 404-223-4200<br>F: 404-223-4211<br>E: kduvall@gwcc.com;<br>sspinks@gwcc.com;<br>mzimmerm@gwcc.com;<br>pskaggs@gwcc.com | Trade Debt | n/a | $229,608.00 |
| **Brown Printing Company** | Brown Printing Company<br>Attn: President or Legal Department<br>GPO Box 5110<br>New York, NY 10087-5110<br>P: 215-679-4451<br>F: 507-835-0420<br><br>Brown Printing Company<br>2300 Brown Ave<br>Waseca, MN 56093 | Trade Debt | n/a | $207,814.64 |
| **Bleuchip International** | Bleuchip International<br>Eric Beier<br>1025 N Hilltop Drive<br>Itasca, IL 60143<br>P: 630-735-8000<br>F: 630-735-0144<br>E: ebeier@bleuchipintl.com | Trade Debt | n/a | $162,851.42 |
| **City of Anaheim Convention Center** | City of Anaheim Convention Center<br>Attn: President or Legal Department<br>200 South Anaheim Blvd<br>Attn: City Clerk<br>Anaheim, CA 92805<br>P: 714-765-4104<br>F: 714-765-4105 | Trade Debt | n/a | $119,830.55 |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **On24 Inc** | On24 Inc<br>Attn: President or Legal Department<br>799 Market Street<br>6th Floor<br>San Francisco, CA 94103-2033<br>P: 415-369-8000<br>F: 415-369-8388<br>E: billing@on24.com | Trade Debt | n/a | $114,577.00 |
| **Unisfair** | Unisfair<br>Attn: President or Legal Department<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>P: 866-354-4030<br>E: corpaccounting@unisfair.com | Trade Debt | n/a | $111,750.00 |
| **United Parcel Service** | United Parcel Service<br>Patrick Casalbore<br>28013 Network Place<br>Chicago, IL 60673-1280<br>E: pcasalbore@ups.com | Trade Debt | n/a | $109,858.88 |
| **City of Tampa** | City of Tampa<br>Attn: President or Legal Department<br>333 South Franklin Street<br>Tampa, FL 33602<br>P: 813-274-8422<br>F: 813-274-8472; 813-274-8918 | Trade Debt | n/a | $109,140.00 |
| **Anaheim Convention Center** | Anaheim Convention Center<br>Attn: President or Legal Department<br>800 W. Katella<br>Anaheim, CA 92802<br>P: 714-765-8950<br>F: 714-765-8965<br>E: info@anaheimconventioncenter.net | Trade Debt | n/a | $107,225.00 |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Biocompare** | Biocompare<br>Attn: President or Legal Department<br>395 Oyster Point Blvd Suite 405<br>San Francisco, CA 94080<br>P: 650-873-9031<br>F: 650-873-9038 | Trade Debt | n/a | $104,000.00 |
| **Quadgraphics Inc** | Quadgraphics Inc<br>Leann Raasch<br>75 Remittance Drive Suite 6400<br>Chicago, IL 60675-6400<br>P: 414-566-2403<br>F: 414-566-4650<br><br>Quadgraphics Inc<br>Corporate HQ<br>N63 W23075 State Hwy 74<br>Sussex, WI 53089-2827<br>F: 414-566-9930 | Trade Debt | n/a | $81,885.48 |
| **CDW Direct LLC** | CDW Direct LLC<br>Eve Todd<br>PO Box 75723<br>Chicago, IL 60675-5723<br>P: 847-465-6000; 703-621-8217<br>F: 847-465-6800<br>E: evetodd@cdw.com<br><br>CDW Direct LLC<br>200 N Milwaukee Ave<br>Vernon Hills, IL 60061-1577<br>P: 847-465-6000; 703-621-8217<br>F: 847-465-6800 | Trade Debt | n/a | $74,109.50 |
| **California Marketing** | California Marketing<br>Jennifer Heydelaar<br>8352 Clairemont Mesa Blvd<br>San Diego, CA 92111<br>P: 858-279-5585<br>F: 858-279-2079<br>E: jenniferh@calmarketing.com | Trade Debt | n/a | $71,138.71 |

| (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Infousa** | Infousa<br>Vickie Miller<br>Donnelley Marketing Division<br>225 W 34th St<br>21st Floor<br>New York, NY 10122<br>P: 402-593-4565<br>F: 402-596-8996<br>E: vickie.miller@infousa.com<br><br>P: 727-524-1916<br>F: 727-524-1749 | Trade Debt | n/a | $69,999.99 |
| **Neospire Inc** | Neospire Inc<br>Attn: President or Legal Department<br>1807 Ross Ave Ste 300<br>Dallas, TX 75201<br>P: 214-292-8100<br>F: 214-855-5095 | Trade Debt | n/a | $66,962.25 |
| **Aramark Corporation** | Aramark Corporation<br>Attn: President or Legal Department<br>240 Peachtree St Suite 2200<br>Atlanta, GA 30303<br>P: 404-220-2275<br>F: 404-220-2270<br><br>Aramark Corporation<br>1101 Market Street<br>Philadelphia, PA 19107<br>P: 215-238-3000<br>F: 215-238-3333 | Trade Debt | n/a | $64,800.00 |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Inquiry Management Systems Inc** | Inquiry Management Systems Inc<br>Attn: President or Legal Department<br>3145 East Warm Springs Bldg 11 Suite 200<br>Las Vegas, NV 89120<br>P: 800-263-0669<br>F: 416-620-9790<br><br>Inquiry Management Systems Inc<br>55 Horner Ave<br>Toronto, ON M8Z 4X6<br>Canada<br>P: 416-620-1965 | Trade Debt | n/a | $64,043.34 |
| **Yesmail Canada** | Yesmail Canada<br>Vickie Miller<br>PO Box 3603<br>Omaha, NE 68103-0603<br>P: 905-338-8355<br>F: 905-815-9605<br>E: vickie.miller@infousa.com<br><br>Yesmail Canada<br>1155 N Service Rd West Unit No 13<br>Oakville, ON L6M 3E3<br>Canada<br>P: 402-593-4500<br>F: 402-331-1505 | Trade Debt | n/a | $63,571.01 |
| **Walter Karl Inc** | Walter Karl Inc<br>Christine Rivera<br>2 Blue Hill Plaza, 3rd Floor<br>Pearl River, NY 10965<br>P: 313-396-3000<br>F: 313-396-3618 | Trade Debt | n/a | $63,273.72 |
| **TMS Transportation Management Services** | Tms Transportation Management Services<br>Attn: President or Legal Department<br>17810 Meeting House Road Suite 200<br>Sandy Springs, MD 20860<br>P: 301-260-2070<br>F: 301-260-1124 | Trade Debt | n/a | $58,583.39 |

| (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Riverbend Executive Center Inc** | Riverbend Executive Center Inc<br>Attn: President or Legal Department<br>One Omega Dr<br>PO Box 4047<br>Stamford, CT 06907<br>P: 203-359-7744<br>F: 203-359-7997<br>E: info@riverbend1.com | Trade Debt | n/a | $58,428.35 |
| **Delta Printing Solutions Inc** | Delta Printing Solutions Inc<br>Bang Printing<br>28210 N Ave Stanford<br>Valencia, CA 91355<br>P: 661-257-0584<br>F: 661-295-4358 | Trade Debt | n/a | $56,888.56 |
| **ESP Computer Services** | ESP Computer Services<br>Attn: President or Legal Department<br>12444 Victory Blvd  Ste 400<br>North Hollywood, CA 91606<br>P: 818-487-4500<br>F: 818-487-4501 | Trade Debt | n/a | $50,549.19 |
| **Convention Data Services Inc** | Convention Data Services Inc<br>Mary Straub<br>720 Main Street<br>PO Box 1837<br>Hyannis, MA 02601<br>P: 508-743-0188<br>F: 508-759-7497 | Trade Debt | n/a | $49,569.43 |
| **Cerberus Associates LLC** | Cerberus Associates LLC<br>Seth P Plattus<br>299 Park Avenue<br>New York, NY 10171<br>P: 212-739-1225<br>E: plindenbaum@cerberuscapital.com | Bank Debt Deficiency Claim | n/a | Unliquidated |

| (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **UBS AG Stamford Branch** | UBS AG Stamford Branch<br>April Varner Nanton & Marie A Haddad<br>677 Washington Blvd 6th Fl<br>Stamford, CT 06901<br>P: 203-719-5274<br>E: april.varner@ubs.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Plainfield Asset Management LLC** | Plainfield Asset Management LLC<br>Jack Neumark<br>100 West Putnam Avenue<br>Greenwich, CT 06830<br>P: 203-302-1700<br>E: jack.neumark@pfam.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Riversource Investments LLC** | Riversource Investments LLC<br>Robin C Stancil<br>100 N Sepulveda Blvd Ste 650<br>El Segundo, CA 90245<br>P: 310-744-2425<br>E: robin.c.stancil@ampf.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **BlackRock Financial Management, Inc.** | Blackrock Financial Manamgement, Inc.<br>Gina Forziati<br>40 East 52nd Street<br>New York, NY 10022<br>E: gina.forziati@blackrock.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Orix Finance Corp** | Orix Finance Corp<br>Christopher Smith<br>1717 Main St Ste 1100<br>Dallas, TX 75201<br>E: glenn.johnson@orix.com | Bank Debt Deficiency Claim | n/a | Unliquidated |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Apidos Capital Management LLC** | Apidos Capital Management LLC<br>Gretchen Bergstresser<br>712 Fifth Avenue 10th Fl<br>New York, NY 10019<br>P: 212-506-3828<br>E: gbergstresser@apidos.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Hartford Investment Management Co** | Hartford Investment Management Co<br>Clifford M Abramsky<br>55 Farmington Avenue<br>Hartford, CT 06105<br>P: 860-297-6774<br>E: clifford.abramsky@himco.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Hillmark Capital** | Hillmark Capital<br>Mark Gold<br>1 Penn Plaza 45th Floor<br>New York, NY 10119<br>P: 212-710-1880<br>E: sonia.berrios@hillmarkcapital.com;<br>mgold@hillmarkcapital.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Satellite Asset Management** | Satellite Asset Management<br>Simon Raykher<br>623 Fifth Avenue 21st Fl<br>New York, NY 10022<br>P: 212-209-2000<br>E: genevieve.ortiz@satellite-ny.com;<br>simon.raykher@satellite-ny.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Symphony Asset Management LLC** | Symphony Asset Management LLC<br>James Kim<br>555 California St Ste 2975<br>San Francisco, CA 94104<br>P: 415-676-4000<br>E: james.kim@symphonyasset.com | Bank Debt Deficiency Claim | n/a | Unliquidated |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Pioneer Investment Management Inc** | Pioneer Investment Management Inc<br>Maggie Begley<br>60 State St<br>Boston, MA 02109<br>P: 617-742-7825<br>E: maggie.begley@pioneerinvestments.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Credit Suisse** | Credit Suisse<br>Gil Golan Douglas Dibella<br>11 Madison Avenue<br>New York, NY 10010<br>P: 212-325-2175<br>E: gil.golan@credit-suisse.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **GE Capital Debt Advisors** | GE Capital Debt Advisors<br>John Campos<br>201 Merritt 7<br>PO Box 5201<br>Norwalk, CT 06851<br>P: 203-956-4177<br>E: john.campos@ge.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Alcentra NY LLC** | Alcentra NY LLC<br>William Lemberg<br>200 Park Ave<br>New York, NY 10166<br>P: 212-922-6533<br>E: william.lemberg@alcentra.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Callidus Capital Management** | Callidus Capital Management<br>Ira Ginsburg<br>520 Madison Ave<br>New York, NY 10022<br>P: 212-893-6980<br>E: jginsburg@calliduscapital.com | Bank Debt Deficiency Claim | n/a | Unliquidated |

| (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| **Halbis Distressed Opportunity Master Fund Ltd** | Halbis Distressed Opportunity Master Fund Ltd<br>Peter Sakun<br>452 Fifth Avenue 10Th Fl<br>New York, NY 10018<br>P: 212-525-6780<br>E: peter.j.sakun@halbis.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **MJX Asset Management LLC** | MJX Asset Management LLC<br>Simon Yuan<br>12 E 49Th St 29Th Fl<br>New York, NY 10017<br>P: 212-705-5308<br>E: simon.yuan@mjxam.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Knightsbridge Clo 2008-1 Ltd c/o ACKB LLC** | Knightsbridge Clo 2008-1 Ltd<br>c/o ACKB LLC<br>Thomas D'Amaro<br>520 Madison Ave<br>New York, NY 11795<br>P: 212-822-7843<br>E: tdamaro@alliedcapital.com | Bank Debt Deficiency Claim | n/a | Unliquidated |
| **Primus CLO II Ltd** | Primus CLO II Ltd<br>Nicholas J Campbell Jr<br>PO Box 1093<br>Queensgate House S Church St<br>Georgetown<br>Cayman Islands<br>E: ncampbell@primusfinancial.com | Bank Debt Deficiency Claim | n/a | Unliquidated |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
Penton Business Media Holdings, Inc.    :    Case No. ___-_____ (___)
                                        :
                Debtor                  :
                                        :
-------------------------------------------------------------x
```

## DECLARATION REGARDING LIST OF
## CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS

       I, Jean B. Clifton, Executive Vice President and Chief Financial Officer of Penton Business Media Holdings, Inc., declare under penalty of perjury that I have reviewed the foregoing "List of Creditors Holding 50 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Date: February 10, 2010         Signature  _/s/ Jean B. Clifton_____
                                        Jean B. Clifton
                                        Executive Vice President
                                        and Chief Financial Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
In re                                       :  Chapter 11
                                            :
Penton Business Media Holdings, Inc.        :  Case No. ___-_____ (___)
                                            :
                    Debtor                  :
                                            :
-------------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS AND
## <u>STATEMENT OF CORPORATE OWNERSHIP</u>

| Shareholder | No. of Shares of Capital Stock | Percentage of Shares of Capital Stock |
|---|---|---|
| Penton Business Media Holdings, LLC<br>249 W. 17th Street<br>New York, NY  10011 | 1,011,927 | 99.96% |
| Margaret Pederson<br>87 Mill Road<br>New Canaan, Connecticut  06840 | 264 | 0.03% |
| Don Soetart<br>11403 Acuff Lane<br>Lenexa, Kansas  66215 | 100 | 0.01% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
                                           :
In re                                      :    Chapter 11
                                           :
Penton Business Media Holdings, Inc.       :    Case No. ___-_____ (___)
                                           :
                    Debtor                 :
                                           :
----------------------------------------------------------x
```

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

       I, Jean B. Clifton, Executive Vice President and Chief Financial Officer of Penton Business Media Holdings, Inc., declare under penalty of perjury that I have reviewed the foregoing "List of Equity Security Holders" and that it is true and correct to the best of my knowledge, information and belief.

Date: February 10, 2010      Signature  _/s/ Jean B. Clifton_____
                                      Jean B. Clifton
                                      Executive Vice President
                                      and Chief Financial Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.