**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                :

In re                            :     Chapter 11
                                :

Penton Business Media Holdings, Inc.,[1]   :     Case No. 10-10689 (AJG)
                                :

               Debtor       :

                                :

-------------------------------------------------------------x

**ORDER GRANTING APPLICATION OF**
**PROFESSIONALS FOR ALLOWANCE OF FINAL COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Application of Rothschild Inc., as financial advisor and

investment banker to the debtor in the above captioned case (the "<u>Debtor</u>") for the period

commencing February 10, 2010 through March 9, 2010, seeking allowance of final

compensation for professional services rendered and reimbursement of actual and necessary

expenses incurred in connection therewith in the above-captioned chapter 11 case

(the "<u>Application</u>"); and a hearing having been held before this Court to consider the Application

on March 30, 2010; and notice having been given pursuant to Federal Rules of Bankruptcy

Procedure 2002(a)(7) and (c)(2); and no objections having been received:

IT IS HEREBY FOUND AND DETERMINED THAT:

A.      The Court has jurisdiction to consider the Application and the relief requested

therein in accordance with sections 157 and 1334 of title 28 of the United States Code

(the "Judicial Code").

B.      Notice of the Application was sufficient.

C.      This is a core proceeding pursuant to section 157(b)(2) of the Judicial Code.

---

[1]    The last four digits of Penton Business Media Holdings, Inc.'s taxpayer identification number are 9837.

D.      Venue for proceedings on the Application is proper pursuant to section 1409 of the Judicial Code.

E.      The compensation requested in the Application is reasonable.

F.      The reimbursement for expenses detailed in the Application represent reimbursements for actual and necessary expenses incurred by the professionals in connection with the case.

G.      The legal and factual bases set forth in the Application and at the hearing establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED on a final basis.

2.      The Debtor is authorized to pay the applicants promptly the sums set forth in Schedule 1 under the column headings "Fees Awarded" and "Expenses Awarded" to the extent such amounts have not been paid previously.

Dated: New York, New York
       March 31, 2010

                                        **s/Arthur J. Gonzalez**
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

**SCHEDULE 1**

CURRENT FEE PERIOD: February 10, 2010 through March 9, 2010 for the Applicant
CASE NUMBER: 10-10-689 (AJG)
CASE NAME:  Penton Business Media Holdings, Inc.

| APPLICANT | DATE/ DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEE REDUCTION | FEES AWARDED | EXPENSES REQUESTED | EXPENSE REDUCTION | EXPENSES AWARDED |
|---|---|---|---|---|---|---|---|
| Rothschild Inc. | 3/16/10 No. 90 | $3,235,714.29 | -- | $3,235,714.29 | $16,274.91 | -- | $16,274.91 |

Initials: **AJG** CUSBC          Date:  March 31, 2010